# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

___Amarillo_____ Division

| | |
|---|---|
| Maria Velasquez, Xorael Rodarte, Xabriel Aguilera, Gabriel Aguilera, Aleandro Rodarte, Sylvia Paniagua, | Case No. 2-23 C V - 1 4 0 - Z *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Texas Department Of Family services, St Francis Ministries, Care Express Urgent Care | AUG 17 2023 PM1:11 FILED - USDC - NDTX - AM |
| *Defendant(s)* *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Maria Isabel Velasquez |
   | Street Address | 407 s milam st front |
   | City and County | Amarillo-PPotter |
   | State and Zip Code | Texas-79106 |
   | Telephone Number | 8064714355 |
   | E-mail Address | mivelasquez@amarillocollege.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Maria Velasquez |
| Job or Title *(if known)* | Student |
| Street Address | 407 s milam |
| City and County | Amarillo |
| State and Zip Code | Texas,79106 |
| Telephone Number | 8064714355 |
| E-mail Address *(if known)* | mivelasquez@amarillocollege.com |

Defendant No. 2

| | |
|---|---|
| Name | Sylvia Paniagua |
| Job or Title *(if known)* | Grandmother |
| Street Address | 816 s cleavland |
| City and County | Amarillo potter |
| State and Zip Code | Texas,79106 |
| Telephone Number | 8063358565 |
| E-mail Address *(if known)* | sylviasifuentez88@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | Xorael Rodarte - Child and Father Alejandro Rodarte |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Xabriel Aguilera- Child and Father Grabiel Aguilera |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
TITLE 5. GOVERNMENTAL LIABILITY

CHAPTER 107. PERMISSION TO SUE THE STATE

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,
    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
1000,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Texas Department of Family and protective Services was in violation of U.S Sec Code Title 1; Sec Code 105- The Federal parent locator; throughout the entire duration of the case due to failure to use the federal parent locator service to locate and serve the biolgical fathers prior, during, and after the duration of the case.
The state of Texas was in violation of U.S Sec Code 2 Code 203- Performance of states protecting the children; by filing for removal in a civil court of law and intentionally placing the children with another agency not listed on the emergency of removal beginning from the time removed from the physical care of the mother Maria Velasquez on the 17th of January, of 2023.
The Department of Family and Protective Services was in violation of U.S Sec Code Title 3; Code 308; State standards to ensure quality services for children in foster care when they failed to provide the children Xabriel Aguilera and Xorael Rodarte

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We the plaintiffs ask the courts for a thorough review and dismissal of the entire case and removal of the online registry of the abuse and neglect of a child anyone mention as a plaintiff in the suite;
along with 1000,000,000 for the lifetime damages physical, mental, emotional, and financial this may cause to not only the family but the ethical reputation as well as the integrity of the nation as a whole.

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/17/2023

Signature of Plaintiff: Maria Velasquez
Printed Name of Plaintiff: maria velasquez

B.  **For Attorneys**

Date of signing: 08/17/2023

Signature of Attorney: God ~Pro Se
Printed Name of Attorney: God
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: