IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| MARIA VELASQUEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TEXAS DEPARTMENT OF FAMILY SERVICES, *et al.*, <br><br> Defendants. | 2:23-CV-140-Z |

## JUDGMENT

The Court has entered its order **DISMISSING** the Second Amended Complaint in this case without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED**.

January 4, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE